Eugene B. Elliot, State Bar No. 111475
Nicole L. Phillips, State Bar No. 306686
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendant
CITY OF PITTSBURG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO PARKER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PITTSBURG, PITTSBURG POLICE DEPARTMENT, and DOES 1 through 20,<br><br>    Defendants. | Case No. 3:17-cv-01563-LB<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br><br><br>**Hon. Laurel Beeler** |

On July 13, 2017, the court granted the City of Pittsburg's motion to dismiss the complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (ECF No. 24.) The court gave Mr. Parker 28 days to file an amended complaint, but he did not do so. On August 25, 2017, the court further extended Mr. Parker's time to file an amended complaint to Tuesday, September 12, 2017, but he did not do so. (ECF No. 25.) Accordingly, the court hereby dismisses this case without prejudice.

**IT IS SO ORDERED.**

Dated: September 21, 2017          _/s/ LB_
                                                   Laurel Beeler
                                                   UNITED STATES MAGISTRATE JUDGE